IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of MORRIS O. JOHNSON d/b/a JOHNSON CONSTRUCTION and MORRIS O. JOHNSON d/b/a JOHNSON CONSTRUCTION,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GRANITE PETROLEUM, INC., a Washington Corporation and FIRST NATIONAL INSURANCE COMPANY OF AMERICA and its Payment Bond No. 6719081,<br><br>　　　　　Defendants. | Case No. 3:13-cv-00098-TMB<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the stipulation of the parties, all of the claims asserted by plaintiffs United States of America, for the Use and Benefit of Morris O. Johnson d/b/a Johnson Construction, and Morris O. Johnson d/b/a Johnson Construction against defendants Granite Petroleum, Inc. and First National Insurance Company of America and its Payment Bond No. 6719081, are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees.

DATED at Anchorage, Alaska, this 5th day of August, 2015.

　　　　　　　　　　　　　　　　/s/ Timothy M. Burgess
　　　　　　　　　　　　　　　　The Honorable Timothy M. Burgess
　　　　　　　　　　　　　　　　United States District Court Judge